IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr405

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>MARK ROBERT McGOVERN )<br>_____ ) | <u>ORDER</u> |

**THIS MATTER** is before the Court upon motion of counsel for the defendant asking that she be allowed to withdraw from further representation of the defendant. (Doc. No. 26).

For the reasons stated in the motion, the Court finds that counsel has stated sufficient grounds to withdraw.

**IT IS, THEREFORE, ORDERED** that the motion of counsel for the defendant is **GRANTED** and the Community Defender shall designate new counsel promptly.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the Community Defender, and to the United States Attorney.

Signed: January 4, 2007

Robert J. Conrad, Jr.
Chief United States District Judge